# United States District Court

## DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL
COLLECTION AGENCY, ET AL

2004 SEP 24 P 1:48

**SUMMONS IN A CIVIL ACTION**

U.S. DISTRICT COURT
DISTRICT OF MASS

v.

CASE NUMBER:

**04-11995 PBS**

CONSIGLI CONSTRUCTION COMPANY

**TO:** (Name and Address of Defendant)

Consigli Construction Company
197 Main Street
Milford, MA 01757

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

BY DEPUTY CLERK

DATE: SEP 15 2004

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|

Service of the Summons and Complaint was made by me

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

09/21/2004

I hereby certify and return that on 09/20/2004 at 01:28pm I served a true and attested copy of the Summons in a Civil Action and Complaint in this action in the following manner: To wit, by delivering in hand to BARBARA MOODY, SECRETARY, agent, person in charge at the time of service for CONSIGLI CONSTRUCTION COMPANY at 197 MAIN ST, MILFORD, MA. Fees: Service 30.00, Travel 16.96, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.46

Deputy Sheriff Michael J Ahearn

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.