UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION<br>) NO. 04-11995-PBS<br>) |
| CONSIGLI CONSTRUCTION COMPANY, | )<br>) |
| Defendant. | )<br>) |

NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1)(i), plaintiffs hereby give notice of voluntary dismissal of this action. As of this date, defendant has neither answered the complaint nor moved for summary judgment.

Date:   October 6, 2004                    Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440
 /s/ Christopher N. Souris
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I, Christopher N. Souris, hereby certify that I caused of a copy of the foregoing to be sent by first class mail this 6th day of October, 2004 to Consigli Construction Company,

                                        Christopher N. Souris /s/_____